IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MELISSA BODEN, | : | Case No. 3:11-cv-321 |
| Plaintiff, | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Michael J. Newman |
| vs. | | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

_____

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATION (DOC. #21) IN ITS ENTIRETY AND GRANTING THE JOINT STIPULATION TO ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT (DOC. #20)**
_____

The Court has reviewed the February 25, 2013 Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #21), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b)(2) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that the joint stipulation for an EAJA fees and costs award (Doc. #20) is **GRANTED**, and Plaintiff is **AWARDED** the sum of $2,900.59 in EAJA fees and costs.   This case remains **TERMINATED** upon the Court's docket.

Date: March 18, 2013                    s/*Thomas M. Rose*
                                        _____
                                        THOMAS M. ROSE, JUDGE
                                        UNITED STATES DISTRICT COURT